FILED

12/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0604

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 22-0604

TURNER, BRYSON,

Petitioner and Appellant

v.

STATE OF MONTANA,

Respondent and Appellee.

## Order for Additional Time for Filing Opening Brief

Upon reviewing the Petitioner/Appellant's first First Unopposed Motion to Extension of Deadline for Filing Appellant's Opening Brief, good cause exists to grant the motion. Pursuant to the authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 27, 2023, to file and serve the opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 29 2022